**Raheem RAHMAN, Plaintiff–Appellant,**

v.

**J. Michael STOUFFER, Commissioner; Bobby Shearin, Warden; Lieutenant Dolly; Sergeant Whitacre; Officer Hoover; Gary Maynard, Secretary; Dr. Gregory Taylor, Defendants–Appellees.**

No. 13–6627.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 7, 2013.

Decided: Aug. 21, 2013.

Raheem Rahman, Appellant Pro Se.

Nancy P. Tennis, Office of the Attorney General of Maryland, Baltimore, Maryland; Michelle Jacquelyn Marzullo, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem Rahman appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rahman v. Stouffer*, No. 1:11–cv–03497–WMN, 2013 WL 990396 (D.Md. Mar. 12, 2013; Apr. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*